PEOPLE, Respondent, *v.* RICHARDSON, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Conviction, order, and judgment reversed, and a new trial ordered in the court of sessions, Schuyler county, to which court the case is remitted, the evidence being insufficient to sustain the verdict.

---

PEOPLE, Respondent, *v.* WARNER, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Conviction, order, and judgment affirmed, and proceedings remitted to the court of sessions of Tioga county, with instructions to proceed.

---

PEOPLE *ex rel.* PADDOCK, Appellant, *v.* LEWIS *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Motion denied.

---

PEOPLE *ex rel.* STREETER, Appellant, *v.* FITZGERALD, Respondent.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Order affirmed, with $10 costs and disbursements.

---

PETERSON, Appellant, *v.* WILLIAMS *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Judgment affirmed, without costs of the appeal, and with leave to amend the complaint, upon the terms given in the interlocutory judgment, within 20 days.

---

PITCHER, Appellant, *v.* NEW YORK CENT. & H. R. R. CO., Respondent.

*(Supreme Court, General Term, Fourth Department.* April Term, 1890.)

No opinion. Order affirmed, with costs.

---

PLETT, Respondent, *v.* WILLSON *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Judgment affirmed, with costs. See 4 N. Y. Supp. 507.

---

SHEAD, Respondent, *v.* ROME, W. & O. R. CO., Appellant.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Judgment and order affirmed, with costs.

---

STOUT *et al.*, Appellants, *v.* SHERMAN, Respondent.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Order affirmed, with $10 costs and disbursements.